IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLYBURN LEROY MOSES,

    Plaintiff,

    vs.

BUREAU OF PRISONS; UNITED
STATES OF AMERICA; TIMOTHY
THOMAS; and HENRY SEXAUER,

    Defendants.

CIVIL ACTION NO.: CV209-199

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Bureau of Prisons are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this _____ day of _____, 2010.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE